# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **5:08-CR-0026** |
| | § | |
| **CHARLES KEVIN CLAYTON** | § | |

## MEMORANDUM ORDER

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The Parties waived their right to file objections and no objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's plea of true to both allegations of the Amended Petition (excepting the allegation of "Aggravated Assault on a Public Servant") is **ACCEPTED**. It is further

**ORDERED** that Defendant's supervised release is **REVOKED**. Based upon Defendant's plea of true to the allegations, the Court finds Defendant violated his conditions of supervised release. It is further

**ORDERED** that Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, with no term of supervised release to follow said term of imprisonment.

**It is SO ORDERED.**
SIGNED this 13th day of June, 2012.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE